IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                              CRIMINAL NO. 1:05cr43WJG-RHW

EDDIE CASEY, a/k/a/ Jelly Head

O R D E R

THIS MATTER, is before the Court on motion of the United States of America [United States] for a reduction of the sentence imposed upon Defendant Eddie Casey, a/k/a Jelly Head, pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.  The Court, having reviewed the information supplied by the United States relative to this matter finds that the motion is well taken and should be granted.  It is, therefore,

ORDERED AND ADJUDGED that the term of imprisonment previously imposed upon this Defendant on February 15, 2006, (see Minute Entry, February 18, 2006; J., Document No. 14), be, and is hereby, reduced to 78 months.  It is further,

ORDERED AND ADJUDGED that the Clerk of Court include the United States Marshals Service in the distribution of this order.

SO ORDERED AND ADJUDGED, this the 24th day of November, 2006.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE